**No. 10-475. Mahender Murlidhar Sabhnani, Petitioner v. United States.**

562 U.S. 1194, 131 S. Ct. 1000, 178 L. Ed. 2d 854, 2011 U.S. LEXIS 619.

January 18, 2011. Petition for writ of certiorari to the United States Court of

Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 599 F.3d 215.